## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  cv12-4914                                              Purchased/Filed: October 3, 2012

STATE OF NEW YORK        UNITED STATES DISTRICT COURT        EASTERN DISTRICT

---

*Yaakov Katz, individually and on behalf of the class*     Plaintiff

against

*Culver Narrows Beer Distributors, Inc.*     Defendant

---

STATE OF NEW YORK  
COUNTY OF ALBANY    SS.:

_____Heather Morigerato_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___October 15, 2012___, at ___3:45 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint

on ___Culver Narrows Beer Distributors, Inc.___, the Defendant in this action, by delivering to and leaving with ___Chad Matice___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: ___28___   Approx. Wt: ___200___   Approx. Ht: ___6'0"___
Color of skin: ___White___   Hair color: ___Brown___   Sex: ___Male___   Other: _____

Sworn to before me on this

___16th___ day of ___October, 2012___

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2015

Heather Morigerato  
**Attny's File No.**  
Invoice•Work Order # SP1211760

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**