BEFORE:    VIKTOR V. POHORELSKY                   DATE:    1/30/13
                U.S. MAGISTRATE JUDGE               START TIME:   10:35 a.m.
                                                                              END TIME:     11:00 a.m.

DOCKET NO.   CV-12-4914                                         JUDGE:    FB

CASE NAME:    Katz v. Culver Narrows Beer Distributors, Inc.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:    Initial

APPEARANCES:    Plaintiff       Shimshon Wexler, Jason Lowe
                                Defendant    Sarah Lichtenstein

SCHEDULING AND RULINGS:

1.    Initial requests for written discovery – document requests and interrogatories – shall be served by February 20, 2013; responses to those requests shall be served by March 25, 2013; any disputes concerning the discovery requests shall be addressed to the court by way of a letter motion to compel, filed not later than April 12, 2013; responses to any such letter motions shall be filed no later than April 19, 2013; no replies; argument will be heard, as deemed necessary, at the conference scheduled below. **Counsel shall insure compliance with Local Civil Rule 37.3(a) before making any such motions and all such motions shall be made in accordance with my individual motion practices as published on the court's website. Any right to obtain disputed items of discovery which are not made the subject of such motions will be deemed waived.**

2.    The parties are to be prepared to advise the court with specificity at the next conference concerning the additional discovery they intend to conduct and a schedule for doing so.

3.    The next conference will be held on **April 24, 2013 at 10:00 a.m.**