# Law Office of William F. Horn
188-01B 71st Crescent
Fresh Meadows, New York 11365
Telephone: 718.785.0543
Facsimile: 866.596.9003
bill@wfhlegal.com

July 30, 2013

Hon. Frederic Block, U.S.D.J.
UNITED STATES DISTRICT COURT
Eastern District of New York
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

      RE:    ***Katz v. Culver Narrows Beer Distributors, Inc.***
                   E.D.N.Y. Case No. 1:12-cv-04914-FB-VVP

Dear Senior Judge Block,

I am co-counsel for the Plaintiff in the above-referenced action. I am writing pursuant to Your Honor's Individual Motion Practices 1E, to request an adjournment of the pre-motion conference currently scheduled for September 6, 2013 [Doc. 17].

This is Plaintiff's first request for an adjournment. As the Court is aware, the Defendant is no longer represented by counsel. To date, Defendant has declined to respond to any of Plaintiff's communication efforts. Consequently, I have no idea as to whether the Defendant objects to this adjournment request.

Unfortunately, September 6, 2013, is the second day of Rosh Hashana. Therefore, Plaintiff respectfully requests an adjournment of the conference until after the Jewish holidays of Rosh Hashana and Yom Kippur.

Thank you in advance for Your Honor's consideration of Plaintiff's request.

Very truly yours,

*[signature]*

William F. Horn
*via ECF Filing*

Hon. Frederic Block, U.S.D.J.
*Katz v. Culver Narrows Beer Distributors, Inc.*
July 30, 2013
Page 2

cc:     All Counsel of Record *via ECF Filing Only*

       Defendant, Culver Narrows Beer Distributors, Inc.
       ATTN: Andre Pantaleo
       990 McDonald Avenue
       Brooklyn, NY 11230
       *Via FedEx Overnight Delivery Only*