# Law Office of William F. Horn

188-01B 71st Crescent
Fresh Meadows, New York 11365
Telephone: 718.785.0543
Facsimile: 866.596.9003
bill@wfhlegal.com

August 5, 2013

Hon. Frederic Block, U.S.D.J.
UNITED STATES DISTRICT COURT
Eastern District of New York
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

      RE:    ***Katz v. Culver Narrows Beer Distributors, Inc.***
                 E.D.N.Y. Case No. 1:12-cv-04914-FB-VVP

Dear Senior Judge Block,

I am co-counsel for the Plaintiff. I write pursuant to Your Honor's Individual Practice Rules 2.A and 1.E to respectively request either: (1) a pre-motion conference with respect to Plaintiff's desire for leave to file a Fed. R. Civ. P. 23 Motion for Class Certification; or, in the alternative, (2) an extension of time in which to file Plaintiff's Motion for Default Judgment. The basis underpinning Plaintiff's foregoing alternative requests is set forth below.

### *Relevant Procedural History*

In the interest of brevity, I incorporate the procedural history set forth in my letter to the Court dated July 5, 2013, in which Plaintiff previously sought either: (1) a pre-motion conference with respect to Plaintiff's desire for leave to file a Fed. R. Civ. P. 23 Motion for Class Certification; or, in the alternative, (2) an extension of time in which to file Plaintiff's Motion for Default Judgment. [Doc. 15].

By Electronic Order dated July 8, 2013, the Court granted Plaintiff's request for a pre-motion conference and, as instructed, Plaintiff served a copy of that order on Defendant. [Doc. 16]. On July 29, 2013, the Court issued an order setting the pre-motion conference for September 6, 2013. [Doc. 17]. However, September 6, 2013, is the 2nd day of Rosh Hashana and neither I nor my co-counsel are able to attend a conference. Consequently, on July 30, I filed a letter requesting an adjournment of that conference to a date after the Jewish Holidays of Rosh Hashana and Yom Kippur [Doc. 18].

On July 31, 2013, the Court issued an Electronic Order in response to Plaintiff's request for an adjournment [Doc. 18], by ordering Plaintiff to file a motion fort default or a motion for default

Hon. Frederic Block, U.S.D.J.
*Katz v. Culver Narrows Beer Distributors, Inc.*
August 5, 2013
Page 2

judgment - due to some ambiguity in the language of the Order, Plaintiff is unsure as to what the Court wants filed by tomorrow -- a motion for default, or a motion for default judgment.

Nonetheless, for the reasons set forth in Plaintiff's initial letter for a pre-motion conference letter [Doc. 15], Plaintiff still believes a conference with the Court would be helpful to determine whether Plaintiff should first move for class certification and if that motion is granted then to: (1) serve the class notice; and (2) move for default judgment.

Accordingly, Plaintiff again respectfully requests that Your Honor schedule a pre-motion conference to discuss Plaintiff's request to file a motion for class certification or, in the alternative, clarify whether the Court would like for Plaintiff to file motion for default judgment or simply a motion for entry of default. If the Court would like for Plaintiff to move forward with the filing of a motion for default/default judgment, Plaintiff respectfully requests a 21 day extension of time to file that motion.

Plaintiff respectfully thanks Your Honor for the Court's consideration and guidance regarding his herein requests.

Very truly yours,

William F. Horn
*via ECF Filing*

    cc:    All Counsel of Record *via ECF Filing Only*

              Defendant, Culver Narrows Beer Distributors, Inc.
              ATTN: Andre Pantaleo
              990 McDonald Avenue
              Brooklyn, NY 11230
              *Via FedEx Overnight Delivery Only*