BEFORE:    VIKTOR V. POHORELSKY                        DATE:    10/1/14
                 U.S. MAGISTRATE JUDGE                START TIME:    10:55 a.m.
                                                                                          END TIME:    11:30 a.m.

DOCKET NO.    CV-12-4914                                                      JUDGE:    FB

CASE NAME:    Katz v. Culver Narrows Beer Distributors, Inc.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:    Pre-motion Conference

APPEARANCES:    Plaintiff        Howard Edinburgh
                                Defendant    No Appearance (in default)

SCHEDULING AND RULINGS:

1.    The plaintiff withdraws, for the present, its request for leave to make a motion for class certification.

2.    The plaintiff seeks leave to file an amended complaint naming the principal of the corporate defendant and adding a claim for piercing the corporate veil. As there is no opposition and as Federal Rule of Civil Procedure 15(a) provides for the liberal amendment of pleadings, leave is granted, provided, however, that the amended complaint must be filed by October 24, 2014 and served thereafter forthwith.

3.    The next conference will be held on **October 31, 2014 at 10:00 a.m.** The conference will be marked off the calendar, however, if an amended complaint has been filed as set forth above.