BEFORE: VIKTOR V. POHORELSKY                    DATE:            12/23/14
           U.S. MAGISTRATE JUDGE              START TIME:   11:15 a.m.
                                                              END TIME:      11:40 a.m.

DOCKET NO.   CV-12-4914                                              JUDGE:             FB

CASE NAME:   Katz v. Culver Narrows Beer Distributors, Inc.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Status Conference

APPEARANCES:   Plaintiff       Howard Edinburgh
                             Defendant    Kelly Waters

SCHEDULING AND RULINGS:

1. Discussion held concerning the procedural posture of the case. The corporate defendant filed an answer to the amended complaint notwithstanding that an entry of default was previously entered against it as to the original complaint. The individual defendant, recently added, has moved to dismiss the amended complaint as to him; briefing of that motion will be completed on January 13, 2015. The corporate defendant has filed a motion to vacate the default entered against it, and that motion will be fully briefed on January 14, 2015. The plaintiff may, however, consent to the vacatur of the default, in which case discovery may proceed against that defendant while the motion to dismiss remains pending.

2. The next conference will be held on **February 19, 2015 at 11:00 a.m.**